Matter of Vito v Dugan (2026 NY Slip Op 00722)

Matter of Vito v Dugan

2026 NY Slip Op 00722

Decided on February 11, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 11, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., BANNISTER, GREENWOOD, NOWAK, AND HANNAH, JJ.

922 CAF 24-01504

[*1]IN THE MATTER OF JULIE A. VITO, PETITIONER-RESPONDENT,
vKYLE A. DUGAN, RESPONDENT-APPELLANT. (APPEAL NO. 2.) 

HAYDEN M. DADD, CONFLICT DEFENDANT, GENESEO (BRADLEY E. KEEM OF COUNSEL), FOR RESPONDENT-APPELLANT.
WILLIAM D. BRODERICK, JR., ELMA, ATTORNEY FOR THE CHILDREN.

 Appeal from an order of the Family Court, Livingston County (Kevin Van Allen, J.), dated September 6, 2024, in a proceeding pursuant to Family Court Act article 8. The order, among other things, directed respondent to stay away from petitioner. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed.
Same memorandum as in Matter of Vito v Dugan ([appeal No. 1] — AD3d — [Feb. 11, 2026] [4th Dept 2026]).
Entered: February 11, 2026
Ann Dillon Flynn
Clerk of the Court